UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 5:17-cr-00287-2 |
| : | |
| LUIS FRANCISCO ACOSTA-REYES : | |

## O R D E R

**AND NOW**, this 26th day of August, 2024, upon consideration of Acosta-Reyes's Motion for Sentence Reduction, ECF No. 67, the Government's response, ECF No. 69, and for the reasons set forth in the Opinion issued on this date, **IT IS HEREBY ORDERED THAT:** The motion, ECF No. 67, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge